TURRELL et al., Respondents, v. BOARD-MAN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 5, 1915.) Action by Austin R. Turrell and another, as administrators of Elizabeth Turrell, deceased, against William A. Boardman, individually and as executor, etc., of Mary Boardman, deceased, and others. No opinion. Appeal dismissed, without costs, upon stipulation filed.

UNDERWOOD et al. v. AHRENS. (Supreme Court, Appellate Division, Third Department. May 28, 1915.) Action by Daniel G. Underwood and William G. Tiffany against John P. Ahrens. No opinion. Motion denied.

UNITED REAL ESTATE OWNERS' ASS'N OF CITY OF NEW YORK v. TRAVIS, State Comptroller. (Supreme Court, Appellate Division, Third Department. May 28, 1915.) Action by United Real Estate Owners' Association of the City of New York against Eugene M. Travis, Comptroller of the State of New York. No opinion. Order affirmed. All concur.

UNITED STATES TITLE GUARANTY CO., Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Action by the United States Title Guaranty Company against Arthur A. Brown. No opinion. Motion denied, without costs. See, also, 152 N. Y. Supp. 1146.

UNITED STATES TITLE GUARANTY CO., Respondent, v. SPERRY, Appellant. (Supreme Court, Appellate Division, Second Department. June 17, 1915.) Action by the United States Title Guaranty Company against Howard A. Sperry. No opinion. Application denied, with $10 costs.

UNITED STATES TRUST CO. OF NEW YORK, Respondent, v. TERRY et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 25, 1915.) Action by United States Trust Company of New York against Marshall O. Terry and another, as executors, etc., and others. No opinion. Motion granted, so far as to permit costs to the two guardians ad litem; in other respects, motion denied, without costs. See, also, 153 N. Y. Supp. 207.

UNITED WASTE MFG. CO., Appellant, v. MARYLAND CASUALTY CO. OF BALTIMORE, Respondent. (Supreme Court, Appellate Division, Third Department. May 28, 1915.) Action by the United Waste Manufacturing Company against the Maryland Casualty Company of Baltimore. No opinion. Judgment (85 Misc. Rep. 539, 148 N. Y. Supp. 852) unanimously affirmed, with costs.

U. T. HUNGERFORD BRASS & COPPER CO., Respondent, v. JOHN T. BRADY & CO., Appellants. (No. 7403.) (Supreme Court, Appellate Division, First Department. June 4, 1915.) Appeal from Trial Term, New York County. Action by the U. T. Hungerford Brass & Copper Company against John T. Brady & Co. From a judgment for $4,102.99 entered upon a verdict, and from an order denying a motion for a new trial, defendants appeal. Judgment and order reversed, and complaint dismissed. McCombs, Ryan & Gordon, of New York City (Frederick R. Ryan, of New York City, of counsel, and Alexander Gordon, of New York City, on the brief), for appellant. Phillips & Avery, of New York City (Frank M. Avery, of New York City, of counsel, and Edgar J. Phillips, of New York City, on the brief), for respondent.

PER CURIAM. The plaintiff recovered a verdict upon the theory of a direct sale by it to the defendant of certain copper at its request and upon its promise to pay. We have carefully examined this record, and have reached the conclusion that the facts proven did not establish such sale, and that the motion of defendant to dismiss the complaint should have been granted. The judgment and order appealed from are reversed, the finding of the jury that there was a sale by the plaintiff to the defendant is reversed, and judgment is ordered for the defendant, dismissing the complaint, with costs and disbursements. Order filed.

VAN ANTWERP, Respondent, v. O'BRIEN CONST. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 28, 1915.) Action by Nelson Van Antwerp against the O'Brien Construction Company. No opinion. Motion for leave to appeal (in 151 N. Y. Supp. 1148) to Court of Appeals denied, with $10 costs.

VANDER PUTTEN, Appellant, v. NASSAU ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Action by Sarah E. Vander Putten against the Nassau Electric Railroad Company.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order unanimously affirmed, with costs.

VON RHEIN et al., Appellants, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. April 28, 1915.) Action by Konrad Von Rhein and another against the Erie Railroad Company. No opinion. Judgment and order affirmed, with costs.

In re VORON & CHAIT, Inc. (Supreme Court, Appellate Division, First Department. December 31, 1914.) In the matter of Voron & Chait, Incorporated. No opinion. Appeal dismissed, unless appellant complies with terms